**Fill in this information to identify the case:**

Debtor name: Factory Direct Logistics, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 19-05484

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts (*Identify all*)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase | Checking | 0041 | $0.00 |
| 3.2. | Heritage Bank of Schaumburg | Checking | 9726 | $25,795.34 |

4. Other cash equivalents (*Identify all*)

5. **Total of Part 1.**        $25,795.34
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

Debtor    Factory Direct Logistics, LLC _____    Case number (If known) 19-05484 _____
          Name

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 134,697.26 | - | 13,469.73 =.... | $121,227.53 |
| | face amount | | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | 271,391.40 | - | 244,252.26 =.... | $27,139.14 |
| | face amount | | doubtful or uncollectible accounts | |

12. **Total of Part 3.**                                                                    $148,366.67
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | Raw materials | February 11-15, 2019 | $0.00 | Liquidation | $220,000.00 |
| 20. | **Work in progress** | | | | |
| | Work in Progress | February 11-15, 2019 | $0.00 | Liquidation | $2,000.00 |

21. **Finished goods, including goods held for resale**
22. **Other inventory or supplies**

23. **Total of Part 5.**                                                                   $222,000.00
    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ■ Yes. Book value ____0.00____  Valuation method ____Liquidation____  Current Value ____9,502.01____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

| Debtor | Factory Direct Logistics, LLC | Case number (If known) 19-05484 |
|---|---|---|
| | Name | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Office furniture, equipment, and supplies | $0.00 | Liquidation | $4,800.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers, screens, hard drives, printers | $0.00 | Liquidation | $3,382.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | $8,182.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | Other machinery, fixtures, and equipment (excluding farm | | | |

| Debtor | Factory Direct Logistics, LLC | Case number (If known) 19-05484 |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| machinery and equipment) Other machinery, fixtures, and equipment | | $0.00 | Liquidation | $29,652.00 |

51. **Total of Part 8.**  $29,652.00

  Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Lease of commercial office space at 800 Lunt Avenue, Schaumburg, IL | Month to month lease | $0.00 | | $0.00 |
| 55.2. Lease of commercial warehouse at 3531 Lexington Park Drive, Elkhart, Indiana | Lease | $0.00 | | $0.00 |

56. **Total of Part 9.**  $0.00

  Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
  Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.

| Debtor | Factory Direct Logistics, LLC | Case number (If known) 19-05484 |
|---|---|---|
| | Name | |

☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>Trademark of "FDL" with USPTO | $0.00 | | $0.00 |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties**<br>State of Illinois Business License | $0.00 | | $0.00 |
| | Village of Schaumburg Business License | $0.00 | | $0.00 |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**                                                                                                     $0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>Spectrum Insurance Policy #45SBAAM0201 for Commercial Property, General Liability, Unmanned Aircraft Liability, Workers Compensation | $0.00 |

| Debtor | Factory Direct Logistics, LLC | Case number *(If known)* 19-05484 |
|---|---|---|
| | Name | |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**   $0.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor   Factory Direct Logistics, LLC                                   Case number (If known) 19-05484
         Name

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $25,795.34 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $148,366.67 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $222,000.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $8,182.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $29,652.00 | |
| 88. Real property. *Copy line 56, Part 9.*...........> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $433,996.01 | + 91b.  $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $433,996.01 |

| Debtor | Factory Direct Logistics, LLC | Case number (if know) | 19-05484 |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $1,302,676.73

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name   Factory Direct Logistics, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   19-05484

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     |     | Total claim | Priority amount |
|-----|-----|-----|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address<br>Daniel G. Long<br>433 Woodcroft Court<br>Schaumburg, IL 60173<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>Wages<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $3,333.33 | $3,333.33 |
| 2.2 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>Taxes<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $2,188.54 | $1,988.54 |

| Debtor | Factory Direct Logistics, LLC | | Case number (if known) | 19-05484 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>Phoupraseuth Norasith<br>900 Harbortown Dr<br>Elgin, IL 60123 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,500.00 | $7,500.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>Rachel Borgman<br>2283 Vanderbilt<br>Geneva, IL 60134 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,862.50 | $3,862.50 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br>Richard Weber<br>55885 Channel View Drive<br>Elkhart, IN 46516 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,000.00 | $5,000.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | Priority creditor's name and mailing address<br>Steven Deadmond<br>3502 Briarwood Court<br>Apartment C<br>Elkhart, IN 46517 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,472.00 | $3,472.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor  Factory Direct Logistics, LLC                                   Case number (if known)  19-05484

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>D&S Industries<br>207 East St. Joseph St.<br>Bristol, IN 46507<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $384.50 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Defiance Integrated Technologies<br>800 Independence Drive<br>Napoleon, OH 43545<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and services<br>Is the claim subject to offset? ■ No ☐ Yes | $7,885.24 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Direct Capital Corporation<br>c/o CIT Bank, NA<br>155 Commerce Way<br>Portsmouth, NH 03801<br>Date(s) debt was incurred _<br>Last 4 digits of account number 6869 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Pallet racking<br>Is the claim subject to offset? ■ No ☐ Yes | $3,794.60 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Echo<br>22168 Network Place<br>Chicago, IL 60673<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $461.79 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Ferrel Gas<br>PO Box 173940<br>Denver, CO 80217<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $250.48 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Funding Metrics LLC dba Lendini<br>884 Town Center Drive<br>Langhorne, PA 19047<br>Date(s) debt was incurred 12/12/2018<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: December 12, 2018 Loan Agreement<br>Is the claim subject to offset? ■ No ☐ Yes | $118,894.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Green Stream Company<br>P.O. Box 2341<br>Elkhart, IN 46515<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $334.80 |

| Debtor | Factory Direct Logistics, LLC | Case number (if known) | 19-05484 |
|---|---|---|---|

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Hangzhou Juahong Machinery Co.<br>Xinjie Industrial Area<br>Xiaoshan, Hangzhou<br>Zhejiang, China<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $77,350.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>hQs<br>8205 Clover Lane<br>Garrettsville, OH 44231<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $3,200.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>IFI<br>3rd Floor, NO 69, LONG 67<br>Gui Ping Road, Shangai 200233<br>China<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $620,982.92 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>InterCorp.<br>2541 Millenium Drive<br>Elgin, IL 60124<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $535.50 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Jiaxing Chengfeng Metal Products Co<br>108 Xinggang Rd<br>Youchengang Town, Jiaxing<br>China<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $62,622.60 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Jinjang Tagong Hardware Forging Man<br>No.18 Le'an<br>TatouSun District 362271<br>Dongshi Town, China<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $215,701.89 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>JPMorgan Chase Bank, N.A.<br>PO Box 182051<br>Columbus, OH 43218<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Overdraft business checking account<br>Is the claim subject to offset? ■ No ☐ Yes | $2,200.00 |

Debtor  Factory Direct Logistics, LLC                         Case number (if known)  19-05484

| 3.22 | Nonpriority creditor's name and mailing address<br>Kalamata Capital Group<br>c/o Berkovitch & Bouskila, PLLC<br>1330 6th Avenue Suite 600B<br>New York, NY 10019<br>Date(s) debt was incurred 12/12/2018<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: December 12, 2018 Loan Agreement<br>Is the claim subject to offset? ■ No ☐ Yes | $385,485.72 |
|---|---|---|
| 3.23 | Nonpriority creditor's name and mailing address<br>Lian Ying Fasteners Industry Co.<br>No. 42-21 Alley 1 Lane 2<br>Xintian Rd Rende Dist<br>Tainan City, China<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $8,688.34 |
| 3.24 | Nonpriority creditor's name and mailing address<br>Michael A. Maciejewski, Ltd.<br>970 Oaklawn Ave<br>Suite 204<br>Elmhurst, IL 60126<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $4,361.25 |
| 3.25 | Nonpriority creditor's name and mailing address<br>Michiana Recycling & Disposal Servi<br>P.O Box 1148<br>Niles, MI 49120<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $215.47 |
| 3.26 | Nonpriority creditor's name and mailing address<br>Morgan Chen and Barbara Yeung<br>Flat D 2/F Centre Mark 2 305<br>Queen'S Rd. Central, Sheung Wan<br>Hong Kong<br>Date(s) debt was incurred 8/8/2017<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: August 8, 2017 Loan Agreement<br>Is the claim subject to offset? ■ No ☐ Yes | $479,698.00 |
| 3.27 | Nonpriority creditor's name and mailing address<br>MSC Industrial Supply Co.<br>PO Box 953635<br>Saint Louis, MO 63195<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $221.46 |
| 3.28 | Nonpriority creditor's name and mailing address<br>OL USA<br>265 Post Ave<br>Suite 333<br>Westbury, NY 11590<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $27,687.20 |

Debtor  Factory Direct Logistics, LLC   Case number (if known)  19-05484

| | | |
|---|---|---|
| **3.29** | **Nonpriority creditor's name and mailing address**<br>Platinum Rapid Funding Group, Ltd.<br>c/o Pryor & Mandelup, LLP<br>675 Old Country Road<br>Westbury, NY 11590<br>Date(s) debt was incurred November 2018<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: November 2018 Loan Agreement<br>Is the claim subject to offset? ■ No  ☐ Yes | **$528,124.00** |
| **3.30** | **Nonpriority creditor's name and mailing address**<br>Precision Machine Excellence, LLC<br>65 George St.<br>Walla Walla, WA 99362<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,520.00** |
| **3.31** | **Nonpriority creditor's name and mailing address**<br>Priority 1, Inc.<br>P.O. Box 840808<br>Dallas, TX 75284-0808<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No  ☐ Yes | **$353.77** |
| **3.32** | **Nonpriority creditor's name and mailing address**<br>Salesforce<br>One Market Street<br>San Francisco, CA 94105<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and services<br>Is the claim subject to offset? ■ No  ☐ Yes | **$13,887.61** |
| **3.33** | **Nonpriority creditor's name and mailing address**<br>Sikich, LLP<br>998 Coporate Blvd.<br>Aurora, IL 60502<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,296.00** |
| **3.34** | **Nonpriority creditor's name and mailing address**<br>Sperling & Slater, P.C.<br>55 W. Monroe St.<br>Ste. 3200<br>Chicago, IL 60603<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No  ☐ Yes | **$26,788.97** |
| **3.35** | **Nonpriority creditor's name and mailing address**<br>Spirit Storage<br>460 C.R. 15<br>Elkhart, IN 46516<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No  ☐ Yes | **$205.00** |

| Debtor | Factory Direct Logistics, LLC | Case number (if known) | 19-05484 |
|---|---|---|---|

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.36 | Steelmaster Corp.<br>106 Industrial Pkwy<br>Elkhart, IN 46540<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $8,095.50 |
| 3.37 | Straight Lines<br>54106 Hampton Rd.<br>Elkhart, IN 46514<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $600.00 |
| 3.38 | T.W. International, Inc.<br>1 Newbold Road<br>Fairless Hills, PA 19030<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $4,572.33 |
| 3.39 | Tensile Testing Metallurgical Labor<br>4520 Willow Parkway<br>Cleveland, OH 44125<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $787.50 |
| 3.40 | The Courier Expedited Delivery Svc.<br>4311 Pine Creek Road<br>Elkhart, IN 46516<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Freight carrier<br>Is the claim subject to offset? ■ No ☐ Yes | $5,922.50 |
| 3.41 | Titan Fastech, Ltd.<br>146 Chung-Hsiao St, Hu-Nei Dist<br>Kaohsiung City 829<br>China<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $121,749.94 |
| 3.42 | Trident Contract Management<br>2918 Marketplace Dr, ste 206<br>Madison, WI 53719<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $1,837.50 |

| Debtor | Factory Direct Logistics, LLC | Case number (if known) | 19-05484 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address**<br>Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $508.10 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>Western Alliance Logistics<br>16766 Transcanadienne, Ste 400<br>Kirkland, QC H9H4M7<br>Canada<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Goods and Services<br>Is the claim subject to offset? ■ No ☐ Yes | $675.00 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>Zhejiang SOV Industrial Co.<br>A2-3, Shimao Plaza, 339#, 14St,<br>Xiasha Jianggan, ZheJiang, China<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Goods and services<br>Is the claim subject to offset? ■ No ☐ Yes | $36,415.92 |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 25,356.37 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,203,515.15 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,228,871.52 |